Paul D. Erian
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
T:  (973) 520-2550
F:  (973) 520-2551
E-mail:  paul.erian@dlapiper.com
*Attorneys for Defendants Ardgah Glass Inc. (improperly pleaded as "Ardagh Glass, Inc. d/b/a Ardagh Group"), John McLarty and James Strahan*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(CAMDEN DIVISION)

| | |
|---|---|
| JOSEPH B. COBB, III<br><br>Plaintiff,<br><br>v.<br><br>ARDAGH GLASS, INC. d/b/a ARDAGH GROUP; ARDAGH GLASS PACKAGING, INC. d/b/a ARDAGH GROUP; JOHN MCLARTY; JAMES STRAHAN; JOHN DOE INDIVIDUALS AND BUSINESS ENTITIES (Plural 1-10), *jointly, severally and in the alternative,*<br><br>Defendants. | Case No.: 1:17-cv-04399<br><br><br><br>**Document Electronically Filed** |

**APPLICATION FOR EXTENSION OF TIME TO
ANSWER, MOVE, OR OTHERWISE REPLY
[Local Rule 6.1(b)]**

Application is hereby made, pursuant to Local Civil Rule 6.1(b), for a Clerk's Order extending by fourteen (14) days, up to and including July 7, 2017, the time within which Defendant John McLarty may answer, move or otherwise reply to the Complaint filed by Plaintiff, and it is represented that:

1. No previous extension has been requested or obtained for Defendant John McLarty;

2. Service of Process was effected on May 17, 2017;

3. Defendant filed a notice of removal to this Court on June 16, 2017; and

4. Defendant's time to answer, move or otherwise reply to the Complaint would otherwise expire on June 23, 2017.

<table>
<tr><td>Dated:  June 22, 2017</td><td>Respectfully submitted,<br><br>/s/ Paul D. Erian<br>Paul D. Erian<br><b>DLA PIPER LLP (US)</b><br>51 John F. Kennedy Parkway<br>Suite 120<br>Short Hills, New Jersey 07078-2704<br>T:  (973) 520-2550<br>F:  (973) 520-2551<br>E-mail:  paul.erian@dlapiper.com<br><br>Rachel Cowen<br>(<i>pro hac vice</i> motion to be filed)<br><b>DLA PIPER LLP (US)</b><br>444 W. Lake Street, 9th Floor<br>Chicago, IL 60606<br>T:  (312) 368-4000<br>F:  (312) 251-5844<br>E-mail:  rachel.cowen@dlapiper.com<br><br><i>Attorneys for Defendants Ardgah Glass Inc. (improperly pleaded as "Ardagh Glass, Inc. d/b/a Ardagh Group"), John McLarty and James Strahan</i></td></tr>
</table>

**IT IS** on this ___ day of _____, 2017, that the above application is **ORDERED GRANTED** and the time within which Defendant John McLarty shall answer, move or otherwise reply to Plaintiff's Complaint is extended through and including July 7, 2017.

WILLIAM T. WALSH, Clerk

BY: _____
        Deputy Clerk

EAST\144846872.1