Paul D. Erian
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
T:  (973) 520-2550
F:  (973) 520-2551
E-mail:  paul.erian@dlapiper.com
*Attorneys for Defendants Ardgah Glass Inc. (improperly pleaded as "Ardagh Glass, Inc. d/b/a Ardagh Group"), John McLarty and James Strahan*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(CAMDEN DIVISION)

| | |
|---|---|
| JOSEPH B. COBB, III<br><br>　　　　Plaintiff,<br><br>v.<br><br>ARDAGH GLASS, INC. d/b/a ARDAGH GROUP; ARDAGH GLASS PACKAGING, INC. d/b/a ARDAGH GROUP; JOHN MCLARTY; JAMES STRAHAN; JOHN DOE INDIVIDUALS AND BUSINESS ENTITIES (Plural 1-10), *jointly, severally and in the alternative,*<br><br>　　　　Defendants. | Case No.:  1:17-cv-04399<br><br><br><br>**Document Electronically Filed**<br><br><br><br>**WAIVER OF THE SERVICE OF SUMMONS** |

To:    Daniel Kurkowski, Esq.

　　　I have received your request to waive service of a summons in this action along with a copy of the complaint.

　　　I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case. I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

　　　I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from June 26, 2017, the date when the request was made

for waiver of service of a summons. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Dated: July 5, 2017

_____James Strahan_____
*Party waiving service of summons*

/s/ Paul D. Erian
Paul D. Erian
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway
Suite 120
Short Hills, New Jersey 07078-2704
T:  (973) 520-2550
F:  (973) 520-2551
E-mail:  paul.erian@dlapiper.com

Rachel Cowen
(*pro hac vice* motion to be filed)
**DLA PIPER LLP (US)**
444 W. Lake Street, 9th Floor
Chicago, IL 60606
T:  (312) 368-4000
F:  (312) 251-5844
E-mail:  rachel.cowen@dlapiper.com

*Attorneys for Defendants Ardgah Glass Inc. (improperly pleaded as "Ardagh Glass, Inc. d/b/a Ardagh Group"), John McLarty and James Strahan*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 5, 2017, I electronically filed this Waiver of Service of Summons with the Clerk of the Court using the CM/ECF system, which will send notification to:

>Daniel Kurkowski, Esq.
>Kurkowski Law, LLC
>1252 Route 109 S.
>Cape May, New Jersey 08204
>609-884-1788
>Fax: 609-884-1163
>daniel@kurkowskilaw.com
>*Attorneys for Plaintiff*
>*Joseph B. Cobb, III*

Dated:  July 5, 2017                      Respectfully submitted,

>/s/ Paul D. Erian
>Paul D. Erian
>**DLA PIPER LLP (US)**
>51 John F. Kennedy Parkway
>Suite 120
>Short Hills, New Jersey 07078-2704
>T:  (973) 520-2550
>F:  (973) 520-2551
>E-mail:  paul.erian@dlapiper.com
>
>*Attorneys for Defendants Ardgah Glass Inc. (improperly pleaded as "Ardagh Glass, Inc. d/b/a Ardagh Group"), John McLarty and James Strahan*