Paul D. Erian
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
T:  (973) 520-2550
F:  (973) 520-2551
E-mail:  paul.erian@dlapiper.com
*Attorneys for Defendants Ardgah Glass Inc. (improperly pleaded as "Ardagh Glass, Inc. d/b/a Ardagh Group"), John McLarty and James Strahan*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(CAMDEN DIVISION)**

| | |
|---|---|
| JOSEPH B. COBB, III,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ARDAGH GLASS, INC. d/b/a ARDAGH GROUP; ARDAGH GLASS PACKAGING, INC. d/b/a ARDAGH GROUP; JOHN MCLARTY; JAMES STRAHAN; JOHN DOE INDIVIDUALS AND BUSINESS ENTITIES (Plural 1-10), *jointly, severally and in the alternative,*<br><br>　　　　　　　　Defendants. | Case No.:  1:17-CV-04399<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**Document Electronically Filed**<br><br>**Hearing Date: Sept. 5, 2017**<br><br>**Oral Arguments Requested Per L.R. 78.1** |

TO Plaintiff and his counsel of record,

PLEASE TAKE NOTICE that on September 5, 2017, or as soon thereafter as counsel may be heard, Defendant Ardagh Glass Inc. ("Ardagh") shall move the Court to dismiss, with prejudice, Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  Please take further note that oral argument is requested pursuant to Local Rule 78.1

1

The Motion shall be based upon Ardagh's Motion, Brief in Support, any Reply Brief filed by Ardagh, and the pleadings and other documents on file in this matter.

PLEASE TAKE FURTHER NOTICE that a Proposed Order is filed herewith.

Respectfully submitted,

Dated:  August 7, 2017

_/s/ Paul Erian_____
Paul D. Erian
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway
Suite 120
Short Hills, New Jersey 07078-2704
T:  (973) 520-2550
F:  (973) 520-2551
E-mail:  paul.erian@dlapiper.com

Rachel Cowen
(*pro hac vice* motion to be filed)
**DLA PIPER LLP (US)**
444 W. Lake Street, 9th Floor
Chicago, IL 60606
T:  (312) 368-4000
F:  (312) 251-5844
E-mail:  rachel.cowen@dlapiper.com

*Attorneys for Defendants Ardgah Glass Inc. (improperly pleaded as "Ardagh Glass, Inc. d/b/a Ardagh Group"), John McLarty and James Strahan.*