Paul D. Erian
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
T:  (973) 520-2550
F:  (973) 520-2551
E-mail:  paul.erian@dlapiper.com
*Attorneys for Defendants Ardgah Glass Inc. (improperly pleaded as "Ardagh Glass, Inc. d/b/a Ardagh Group"), John McLarty and James Strahan*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## (CAMDEN DIVISION)

| | |
|---|---|
| JOSEPH B. COBB, III,<br><br>    Plaintiff,<br><br>v.<br><br>ARDAGH GLASS, INC. d/b/a ARDAGH GROUP; ARDAGH GLASS PACKAGING, INC. d/b/a ARDAGH GROUP; JOHN MCLARTY; JAMES STRAHAN; JOHN DOE INDIVIDUALS AND BUSINESS ENTITIES (Plural 1-10), *jointly, severally and in the alternative,*<br><br>    Defendants. | Case No.:  1:17-CV-04399<br><br><br>**[PROPOSED] ORDER ON ARDAGH GLASS INC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**Document Electronically Filed** |

On this day, the Court considered Ardagh Glass Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion") and all accompanying briefing and other filings.

Good cause appearing therefore, the Motion is hereby GRANTED.  Plaintiff's First Amended Complaint is hereby DISMISSED WITH PREJUDICE.

Signed this the _____ day of _____, 2017.

                   _____
                   Hon. Renee Marie Bumb, U.S.D.J.