Paul D. Erian
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
T:  (973) 520-2550
F:  (973) 520-2551
E-mail:  paul.erian@dlapiper.com
*Attorneys for Defendants Ardgah Glass Inc. (improperly pleaded as "Ardagh Glass, Inc. d/b/a Ardagh Group"), John McLarty and James Strahan*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### (CAMDEN DIVISION)

| | |
|---|---|
| JOSEPH B. COBB, III,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ARDAGH GLASS, INC. d/b/a ARDAGH GROUP; ARDAGH GLASS PACKAGING, INC. d/b/a ARDAGH GROUP; JOHN MCLARTY; JAMES STRAHAN; JOHN DOE INDIVIDUALS AND BUSINESS ENTITIES (Plural 1-10), *jointly, severally and in the alternative,*<br><br>　　　　　　Defendants. | Case No.:  1:17-CV-04399<br><br>**CERTIFICATION OF SERVICE**<br><br>**Document Electronically Filed** |

　　　　On August 7, 2017, I caused to be electronically filed and served through the District of New Jersey's ECF system a true and correct copy of Ardagh Glass Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint, Notice of Motion, Brief in Support of the Motion, Proposed Order, and this Certification of Service.

　　　　I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

1

2

          Respectfully submitted,

Dated:  August 7, 2017      _/s/ Paul Erian_ _____
Paul D. Erian
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway
Suite 120
Short Hills, New Jersey 07078-2704
T:  (973) 520-2550
F:  (973) 520-2551
E-mail:  paul.erian@dlapiper.com

Rachel Cowen
(*pro hac vice* motion to be filed)
**DLA PIPER LLP (US)**
444 W. Lake Street, 9th Floor
Chicago, IL 60606
T:  (312) 368-4000
F:  (312) 251-5844
E-mail:  rachel.cowen@dlapiper.com

*Attorneys for Defendants Ardgah Glass Inc. (improperly pleaded as "Ardagh Glass, Inc. d/b/a Ardagh Group"), John McLarty and James Strahan.*

2