Paul D. Erian
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
T: (973) 520-2550
F: (973) 520-2551
E-mail: paul.erian@dlapiper.com
*Attorneys for Defendants Ardgah Glass Inc. (improperly pleaded as "Ardagh Glass, Inc. d/b/a Ardagh Group"), John McLarty and James Strahan*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(CAMDEN DIVISION)**

| | |
|---|---|
| JOSEPH B. COBB, III,<br><br>    Plaintiff,<br><br>v.<br><br>ARDAGH GLASS, INC. d/b/a ARDAGH GROUP; ARDAGH GLASS PACKAGING, INC. d/b/a ARDAGH GROUP; JOHN MCLARTY; JAMES STRAHAN; JOHN DOE INDIVIDUALS AND BUSINESS ENTITIES (Plural 1-10), *jointly, severally and in the alternative,*<br><br>    Defendants. | Case No.: 1:17-CV-04399<br><br>**CERTIFICATION OF SERVICE**<br><br>**Document Electronically Filed** |

   On August 7, 2017, I caused to be electronically filed and served through the District of New Jersey's ECF system a true and correct copy of Defendant Ardagh Glass Inc.'s Opposition to Plaintiff's Motion to Remand.

   I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

1

                                                    Respectfully submitted,

Dated:  August 7, 2017                              _/s/ Paul Erian_____
                                                    Paul D. Erian
                                                    **DLA PIPER LLP (US)**
                                                    51 John F. Kennedy Parkway
                                                    Suite 120
                                                    Short Hills, New Jersey 07078-2704
                                                    T:  (973) 520-2550
                                                    F:  (973) 520-2551
                                                    E-mail:  paul.erian@dlapiper.com

                                                    Rachel Cowen
                                                    (*pro hac vice* motion to be filed)
                                                    **DLA PIPER LLP (US)**
                                                    444 W. Lake Street, 9th Floor
                                                    Chicago, IL 60606
                                                    T:  (312) 368-4000
                                                    F:  (312) 251-5844
                                                    E-mail:  rachel.cowen@dlapiper.com

                                                    *Attorneys for Defendants Ardgah Glass Inc. (improperly pleaded as "Ardagh Glass, Inc. d/b/a Ardagh Group"), John McLarty and James Strahan.*

2